OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

CATHERINE C. GEYER
 *Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

September 23, 2024

Cody Taylor Knapp
Sheng Tao Li
Michael S. Raab
Sarah Nicole Smith

Re:  *Mackinac Center for Public Policy v. U.S. Department of Education, et al,* CA No. 24-1784

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for October 17, 2024, has been rescheduled for **October 24, 2024** at **9:30 AM EASTERN TIME** with Scott Coburn.  **A conference invitation will be provided to counsel.**

Sincerely,

Connie A. Weiskittel
Mediation Administrator

cc: Scott Coburn

**NOTE:** The Confidential Mediation Background Information Forms are now due **October 17, 2024** if not already submitted.