OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| CATHERINE C. GEYER | 100 EAST FIFTH STREET | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| KATHRYN L. WOLLENBURG | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| SCOTT COBURN | | |
| JOHN A. MINTER | | |

November 20, 2024

Sheng Tao Li
Michael S. Raab
Sarah Nicole Smith

Re: *Mackinac Center for Public Policy v. U.S. Department of Education, et al,* CA No. 24-1784

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the briefing schedule for this appeal has been extended. <u>The briefs must be filed electronically with the Clerk's Office no later than these dates. If the appellant's principal brief is filed late, the case is at risk of being dismissed for want of prosecution.</u> The modified schedule is as follows:

| | |
|---|---|
| Appellant's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a) and (c)) | **Filed electronically by <u>February 4, 2025</u>** |
| Appellee's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a) and (c)) | **Filed electronically by <u>March 7, 2025</u>** |
| Appellant's Reply Brief<br>(Optional Brief) | If multiple appellee briefs are filed, only one reply may be filed by appellants represented by the same attorney. The reply brief is due no later than **21** days after the last appellee brief is filed. See Fed. R. App. P. 26(c). |

For most appeals, the court will access directly the electronic record in the district court. However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at https://www.ca6.uscourts.gov, in particular Rules 28 and 30.

A party desiring oral argument must include a statement in the brief setting forth the reason(s) why oral argument should be heard. *See* 6 Cir. R. 34(a). If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

In scheduling appeals for oral argument, the court will make efforts to avoid dates that counsel have previously brought to its attention as presenting a conflict during weeks when the court is scheduled to sit. The court's sitting schedule may be found at http://www.ca6.uscourts.gov/oral-argument-calendars. Because cases are set for calendar early in the case, counsel should provide as soon as possible any dates of unavailability during the next nine months, preferably no later than the filing of the appellee's brief.

Counsel should use the "Counsel Unavailability Form" located on the court's website. If subsequent conflicts arise, counsel should notify the court as soon as possible.

The Federal Rules of Appellate Procedure, Sixth Circuit Rules, and relevant checklists are available at https://www.ca6.uscourts.gov.  If you still have questions after reviewing the information on the website, please contact the Clerk's Office <u>before</u> you file your briefs.

**For <u>more detailed information</u> concerning the filing of electronic briefs and oral argument, please refer to your initial briefing letter sent to you from the Clerk's Office.**

Sincerely,

Scott Coburn

mlb

cc: Virginia Padgett, Case Manager